■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BIRCH, Appellant. [923 NYS2d 358]—Appeal by the defendant from a judgment of the County Court, Westchester County (Cacace, J.), rendered April 13, 2010, convicting him of attempted criminal possession of a weapon in the second degree, upon his plea of guilty, and imposing sentence. Assigned counsel has submitted a brief in accordance with *Anders v California* (386 US 738 [1967]), in which he moves for leave to withdraw as counsel for the appellant.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). Mastro, J.P., Florio, Leventhal, Belen and Cohen, JJ., concur.